ELIAS JESSURUN, an Infant, etc., Appellant, *v.* JAMES B. MACKIE, Impleaded, etc., Respondent.

(Argued October 4, 1881; decided October 11, 1881.)

REPORTED below (24 Hun, 624).

*Benno Loewy* for appellant.

*George H. Brewster* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

CATHARINE M. RAYMOND, Respondent, *v.* JOSEPH HUSSON et al., Appellants.

(Argued October 4, 1881 ; decided October 11, 1881.)

*John H. Bergen* for appellants.

*Theron G. Strong* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

SOLOMON RICH, Appellant, *v.* PAULINE W. L. HERR, Respondent.

(Argued October 4, 1881 ; decided October 11, 1881.)

DECIDED on the facts.

*W. B. Maben* for appellant.

*Thomas E. Pearsall* for respondent.

*Per curiam* opinion for affirmance.
All concur.
Judgment affirmed.